UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RALPH M. ALTRO,

    Plaintiff,

v().  Case No.  5:11-cv-45-Oc-TBS

MICHAEL J. ASTRUE, Commissioner of Social
Security,

    Defendant.
_____/

## **ORDER**

Pending before the Court is Plaintiff's EAJA Petition For Attorney's Fees (Doc. 22).  Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d), Plaintiff requests an award of fees in the amount of $4,585.72.  The attached schedule of hours confirms the attorney hours.  (Doc. 22-1).  Plaintiff represents that the Commissioner has no objection to this Petition.

Plaintiff asserts that he is the prevailing party in this litigation, that the Commissioner's position in the underlying action was not substantially justified and that his net worth at the time proceeding was filed was less than two million dollars.[1]  On November 10, 2011, the Court entered an Order reversing and remanding this cause back to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  (Doc. 20).  On November 14, 2011, the Clerk entered Judgment. (Doc. 21.)  On February 8, 2012, Plaintiff filed the instant Petition for Attorney's Fees.

---

[1] Under the EAJA, a claimant is eligible for an attorney fee award where:  (1) the claimant is a prevailing party in a non-tort suit involving the United States; (2) the Government's position was not substantially justified; (3) the claimant filed a timely application for attorney's fees; (4) the claimant had a net worth of less than $2 million at the time the complaint was filed; and (5) there are no special circumstances which would make the award of fees unjust.  28 U.S.C. § 2412(d).

Pursuant to the provisions of the Equal Access to Justice Act (28 U.S.C. §2412(d)), Plaintiff's EAJA Petition for Attorney Fees (Doc. 22) is hereby **GRANTED**. Plaintiff is awarded attorney's fees in the amount of **$4,585.72.**

**IT IS SO ORDERED.**

**DONE AND ORDERED** in Ocala, Florida, on February 9, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel