UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RALPH M. ALTRO,

    Plaintiff,

v.    Case No. 5:11-cv-45-Oc-TBS

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.
_____/

### **ORDER**

Pending before the Court is Plaintiff's EAJA Petition For Attorney's Fees (Doc. 22). Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d), Plaintiff requests an award of fees in the amount of $4,585.72. The schedule of hours attached to the motion confirms the attorney hours. (Doc. 22-1). The defendant objects to 2.80 hours of time claimed by plaintiff. See, Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (Doc. 26). After due consideration it is adjudged that, unless plaintiff makes a written request for an evidentiary hearing on his motion for fees within ten days from the rendition of this Order, the Court will enter judgment awarding $4,258.91 which is the amount agreed to by the defendant.

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** in Ocala, Florida, on February 24, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel